**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| Womble Contracting, Inc., dba Womble Company, Inc.[1] | ) | Case No. 26-90759 (CML) |
| Debtors | ) | (Jointly Administered) |

**THE UNITED STATES TRUSTEE'S**
**NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS**

TO THE HONORABLE CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE:

The United States Trustee for the Southern District of Texas, through his undersigned attorney and pursuant to Sections 1102(a) and (b)(1) of the United States Bankruptcy Code, hereby appoints the following eligible unsecured creditors to the Official Committee of Unsecured Creditors in the above captioned cases:

| | **Creditor** | **Representative** |
|---|---|---|
| 1 | Paul Logistx, LLC d/b/a Xpedite Services<br>15202 E Admiral PL<br>Tulsa, OK 74116 | Troy Paul<br>tpaul@paulinc.com |
| 2 | Sherwin Williams Company<br>1 Sherwin Way, 35th Floor<br>Cleveland, OH 44113 | Bruce Batista<br>Bruce.P.Batista@sherwin.com |
| 3 | Sun Coast Resources LLC<br>6405 Cavalcade St<br>Houston, TX 77028 | Mike Stoner<br>mstoner@suncoastresources.com |

[1] The Debtors in these chapter 11 cases are Womble Contracting, Inc. dba Womble Company, Inc (EIN 74-1913343) and Bradon, Inc. (EIN 76-0043226). The Debtors' service address in this chapter 11 case is 12821 Industrial Rd., Houston, Texas 77015.

| | | |
|---|---|---|
| 4 | Surface Prep<br>9000 Byron Commerce Dr. SW<br>Byron Center, MI 49315 | Katie Yang<br>kyang@surfaceprep.com |
| 5 | Crest Industry Chemicals, Inc.<br>1737 County RD 57<br>Rosharon, TX 77583 | Marilyn Correia<br>marilyn@crestchemicals.com |
| 6 | Edgen Murray LLC<br>10235 Jefferson Hwy Bldg 2 Ste B<br>Baton Rouge, LA 70809 | Bobby Mathes<br>Bobby.mathes@edgenmurray.com |

SIGNED on August 28, 2026

Respectfully submitted,

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
REGION 7, SOUTHERN and WESTERN
DISTRICTS OF TEXAS

By: */s/ C. Ross Travis*
C. Ross Travis
Trial Attorney
LA State Bar No. 40083
515 Rusk, Suite 3516
Houston, Texas 77002
Telephone: (202) 603-5225
C.Ross.Travis@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic means on all PACER participants on this 28th day of August 2026.

*/s/ C. Ross Travis*
C. Ross Travis